FIRST NATIONAL BANK OF WORCESTER, MASSACHU-
SETTS, v. THE MIDLAND STEEL COMPANY.

[No. 19,221.    Filed January 2, 1901.]

From Delaware Circuit Court; G. H. Koons, Judge.

Action by First National Bank of Worcester, Mass., against the
Midland Steel Company, on note. From a judgment in favor of de-
fendant, plaintiff appeals. Reversed.

R. Warner and A. W. Brady, for appellant.

J. W. Ryan, W. A. Thompson, B. K. Elliott, W. F. Elliott and F.
L. Littleton, for appellee.

DOWLING, C. J.—Action by appellant against appellee upon two
promissory notes. The complaint is in fourteen paragraphs, each of
which alleges the execution by the appellee of the notes sued upon.
A demurrer to each paragraph was sustained, and the appellant
refusing to amend, judgment was rendered in favor of the appellee.
Error is assigned upon the rulings of the court on the several demur-
rers.

The notes sued upon differ from that constituting the cause of
action in the case of Second Nat. Bank v. Midland Steel Co.,
155 Ind. 581, only in the circumstance that they were payable at
a national bank in the State of Indiana. The questions presented
and discussed in the briefs of counsel are the same as those involved
in Second Nat. Bank v. Midland Steel Co., supra, and upon the au-
thority of that case the judgment of the lower court is reversed, with
instructions to overrule the demurrers to the several paragraphs of
the amended complaint, and for further proceedings in accordance
with this opinion.

CASON ET AL. v. WILLS ET AL.

[No. 19,349.    Filed June 21, 1901.]

From Boone Circuit Court; J. V. Kent, Judge.

Action by Charles G. Wills against Samuel L. Cason and others to
enforce lien for street improvements. From a judgment for plaintiffs
defendants appeal. Affirmed.

T. J. Terhune and C. M. Zion, for appellants.

P. H. Dutch, for appellees.

MONKS, C. J.—The questions in this case are the same as those pre-
sented in Martin v. Wills, ante, 153, and upon the authority of that
case this case is affirmed.